**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Luis ACEVEDO, a/k/a Louie, a/k/a Pedro Pineyro, Defendant—Appellant.**

**No. 08–7102.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 24, 2008.

Jose Luis Acevedo, Appellant Pro Se. Benjamin L. Hatch, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Luis Acevedo appeals the district court's order denying his motion filed pursuant to 18 U.S.C.A. § 3582(c) (West 2000 & Supp.2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Acevedo*, No. 1:92–cr–00427–JCC–1 (E.D. Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*